IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. CHARLES GONZALES,<br><br>Plaintiffs,<br><br>v.<br><br>VITAS HEALTHCARE CORP., et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) | Case No. 4:13-cv-00344-BCW |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>VITAS HOSPICE SERVICES,<br>L.L.C., et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) | Case No. 4:13-cv-00449-BCW |
| UNITED STATES OF AMERICA and<br>STATE OF ILLINOIS, ex. rel. LAURA<br>SPOTTISWOOD,<br><br>Plaintiffs,<br><br>v.<br><br>CHEMED CORPORATION, f/d/b/a<br>VITAS HOSPICE SERVICES, LLC, et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 4:13-cv-00505-BCW |

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ex rel. BARBARA URICK, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 4:13-cv-00563-BCW |
| ) | |
| VITAS HME SOLUTIONS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

Before the Court is the Joint Motion for Consolidation of Related Cases (Doc. #60) filed by the parties in *United States of America v. Vitas Hospice Services, L.L.C., et al.,* Case No. 4:13-CV-00449, and consideration of the Stipulations to the Joint Motion for Consolidation submitted by the respective relators/*qui tam* plaintiffs in *United States of America ex rel. Charles Gonzales v. Vitas Healthcare Corporation, et al.,* Case No. 4:13-CV-00344 ("*Gonzales*"), *United States of America ex rel. Laura Spottiswood v. Chemed Corporation, f/d/b/a Vitas Hospice Services, L.L.C. et al.,* Case No. 4:13-CV-00505 ("*Spottiswood*"), and *United States of America ex rel. Barbara Urick v. Vitas Healthcare of Texas, L.P., et al.,* Case No. 4:13-CV-00563 ("*Urick*"). The Court being duly advised of the premises, and for good cause shown, grants said Motion. Accordingly, it is hereby

ORDERED the Joint Motion for Consolidation of Related Cases (Doc. #60) is GRANTED. It is further ORDERED:

1. The above-styled civil actions are consolidated. The intervened claims in the *qui tam* actions are consolidated with the claims brought in the United States' First Amended Complaint in this action. All future pleadings and orders regarding these cases

shall be filed under a caption bearing the style of *United States of America v. Vitas Hospice Services, L.L.C., et al.,* Case No. 4:13-CV-00449.

2. The First Amended Complaint in Case No. 4:13-CV-00449 shall govern the consolidated action, and the separate actions are merged into this single action for all purposes including, but not limited to: (a) pleadings to be filed pursuant to Fed. R. Civ. P. 12; (b) scheduling and discovery pursuant to Fed. R. Civ. P. 16 and 26 and Local Rules 16.1 and 26.1; (c) dispositive motions pursuant to Fed. R. Civ. P. 12 and 56, if any; (d) trial and order of the entry of final judgment; (e) determining rights of individual relators pursuant to 31 U.S.C. § 3730(c); (f) determining any awards to the individual relators pursuant to 31 U.S.C. § 3730(d); (g) any motions seeking dismissal of a relator based on the provisions of 31 U.S.C. §§ 3730(b)(5) or 3730(e)(4) (provided that in determining whether an action is barred by § 3730(b)(5), or whether there has been a prior public disclosure pursuant to § 3730(e)(4), the date each relator filed his or her *qui tam* complaint and the allegations made in each relator's complaint will be considered); and (h) all other purposes the Court determines to be just and efficient.

3. The non-intervened claims in *Gonzales* and *Urick* are consolidated with this action, subject to the stipulations filed in those cases relating to the non-intervened claims (*Gonzales*, Doc. #30, Case No. 4:13-CV-00344; and *Urick*, Doc. #101, Case No. 4:13-CV-00563). The non-intervened claims in *Gonzales* and *Urick* are consolidated to facilitate consistent rulings on all matters which may remain at issue in those actions.

IT IS SO ORDERED.

DATED: September 25, 2013

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT